UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 02 2021

TAMMY H. DOWNS, CLERK
By: _____ C____
                              DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00215 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 21 U.S.C. §§ 841(a)(1) & (b)(1)(D) |
| CHRISTOPHER DAVID HIGGINS | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 3147 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about June 15, 2021, the defendant,

CHRISTOPHER DAVID HIGGINS,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of cocaine, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-04-3701;

2. Possession of cocaine with intent to deliver, possession of marijuana with intent to deliver, and possession of drug paraphernalia, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-05-4454;

3. Possession of cocaine with intent to deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-10-139; and

4. Possession of a controlled substance (cocaine), in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-10-3685.

1

B.   On or about June 15, 2021, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER DAVID HIGGINS,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1. a Smith & Wesson, model Bodyguard, .38 caliber revolver, bearing serial number CRK1836;
2. a Springfield Armory (HS Produkt), model XD9, 9mm caliber pistol, bearing serial number BY432358; and
3. a SCCY, model CPX-2, 9mm caliber pistol, bearing serial number 384062.

Defendant CHRISTOPHER DAVID HIGGINS committed the above offense while on pretrial release pursuant to an order dated September 16, 2019, entered by a United States Magistrate Judge for the Eastern District of Arkansas, Case No. 4:19CR00219-03 BRW (Doc. No. 34), which order notified CHRISTOPHER DAVID HIGGINS of the potential effect of committing a federal offense while on pretrial release.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 3147.

## COUNT 2

On or about June 15, 2021, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER DAVID HIGGINS,

knowingly and intentionally possessed with intent to distribute less than 50 kilograms of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

Defendant CHRISTOPHER DAVID HIGGINS committed the above offense while on pretrial release pursuant to an order dated September 16, 2019, entered by a United States

Magistrate Judge for the Eastern District of Arkansas, Case No. 4:19CR00219-03 BRW (Doc. No. 34), which order notified CHRISTOPHER DAVID HIGGINS of the potential effect of committing a federal offense while on pretrial release.

All in violation of Title 21, United States Code, Sections 841 and Title 18, United States Code, Section 3147.

### COUNT 3

On or about June 15, 2021, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER DAVID HIGGINS,

knowingly and intentionally possessed a firearm, that is: a Smith & Wesson, model Bodyguard, .38 caliber revolver, bearing serial number CRK1836, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), as set forth in Count 2 of this Indictment.

Defendant CHRISTOPHER DAVID HIGGINS committed the above offense while on pretrial release pursuant to an order dated September 16, 2019, entered by a United States Magistrate Judge for the Eastern District of Arkansas, Case No. 4:19CR00219-03 BRW (Doc. No. 34), which order notified CHRISTOPHER DAVID HIGGINS of the potential effect of committing a federal offense while on pretrial release.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 3147.

### FORFEITURE ALLEGATION 1

Upon conviction of Counts 2 or 3 of this Indictment, the defendant, CHRISTOPHER DAVID HIGGINS shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 2 or 3 of this Indictment, the defendant, CHRISTOPHER DAVID HIGGINS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendant, CHRISTOPHER DAVID HIGGINS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]