## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| **v.**   Case No.: 4:21–cr–00215–BRW | |
| **Christopher David Higgins** | **Defendant** |

### NOTICE OF HEARING

　　PLEASE take notice that a Change of Plea Hearing has been set in this case for March 16, 2022, at 02:30 PM before Judge Billy Roy Wilson in Little Rock Courtroom # 2A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** January 7, 2022

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

**By:**  Melanie M. Beard, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas