UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO.: 4:21-CR-00215 |
| ) | |
| ) | |
| CHRISTOPHER DAVID HIGGINS ) | |

## MOTION TO MODIFY ORDER GRANTING TEMPORARY RELEASE

The Defendant, Christopher David Higgins, by and through his counsel, Erin Cassinelli, states in support of his Motion for Temporary Release:

1. On February 22, 2022, this Court granted Mr. Higgins's request to be temporarily released for medical treatment.

2. Due to inclement weather in the forecast and the unavailability of the surgeon for Mr. Higgins's consultation, Dr. Costa, the UAMS Surgery Clinic has rescheduled the appointment to March 3, 2022, at 2:00 pm.

3. Mr. Higgins thus asks the Court to allow him to be released from the Phillips County Jail at 10:45 am and return at 6:30 pm.

4. The Higgins family stands ready to comply with any additional conditions the Court feels are appropriate.

WHEREFORE, the Defendant, Christopher Higgins, asks the Court to grant his motion, and for any other relief the Court finds appropriate.

Respectfully Submitted,

**Erin Cassinelli**
ABN 2005118
erin@lcarklaw.com
**LASSITER & CASSINELLI**
300 S. Spring St., Ste. 800
Little Rock, AR 72201
(501) 370-9300
**Attorney for Defendant**