## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                                    **Case No.: 4:21–cr–00215–BRW**

**Christopher David Higgins**                                                                **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for July 6, 2022, at 02:00 PM before Judge Billy Roy Wilson in Little Rock Courtroom # 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** March 16, 2022                           AT THE DIRECTION OF THE COURT
                                                   TAMMY H. DOWNS, CLERK

                                                   **By:** Melanie M. Beard, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas