**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NOS.:  4:19-CR-00219-3-BRW** |
| | ) | **4:21-CR-00215-1-BRW** |
| **CHRISTOPHER DAVID HIGGINS** | ) | |

<u>**MOTION FOR TEMPORARY RELEASE TO ATTEND FUNERAL SERVICE**</u>

The Defendant, Christopher David Higgins, by and through his counsel, Erin Cassinelli, states in support of his Motion for Temporary Release to Attend Funeral Service:

1.      On May 8, 2019, the Grand Jury for the U.S. District Court for the Eastern District of Arkansas returned an indictment charging Mr. Higgins with conspiracy to possess with intent to distribute and to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) and 21 U.S.C. § 846; and one count of distribution of methamphetamine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

2.      On September 16, 2019, Magistrate Judge Joe Volpe released Mr. Higgins on conditions.

3.      On September 2, 2021, the Grand Jury for the U.S. District Court for the Eastern District of Arkansas returned a new indictment on Mr. Higgins charging him with possession of firearms in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 3147; and one count of possession with intent to distribute less than 50 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule 1 controlled substance, in violation of 21 U.S.C. §841(a)(1) and §841(b)(1)(D). Mr. Higgins subsequently entered pleas of not guilty and his cases have been consolidated. He has been in custody since the return of the second indictment.

4.      On March 16, 2022, Mr. Higgins entered a plea of guilty to distribution of a controlled substance (methamphetamine), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and possession of a firearm by a felon while on pretrial release, in violation of 18 U.S.C. §§ 922(g)(1) and 3147. He is currently housed in the Phillips County jail awaiting sentencing, which is scheduled for 2:00 PM on July 6, 2022.

5.      On June 5, 2022, Mr. Higgins's grandson, Zaylon Matthews, passed away due to accidental drowning.[1]  Zaylon's tragic passing has brought enormous grief to Mr. Higgins, his family, and their local community.  FOX16 did a story about Zaylon's tragic passing on Monday, June 13, which would have been his sixth birthday.[2]

6.      The following exhibits are attached hereto and incorporated herein:

    a.  Exhibit A – Zaylon Matthews Funeral Service Program;

    b.  Exhibit B – Zaylon Matthews Obituary;

    c.  Exhibit C – Invitation to Zaylon Matthews's visitation and funeral service;

    d.  Exhibit D – Letter from Funeral Director Maurice L. Williams; and

    e.  Exhibit E – Travel directions from Phillips County Jail to North Little Rock

7.      Zaylon's visitation is scheduled for this Friday, June 17, 2022, from 6:00 PM – 7:00 PM at Superior Funeral Home, 5017 E. Broadway, North Little Rock, AR 72117.  Zaylon's funeral service is scheduled for Saturday, June 18, 2022, at 12:00 PM at Walnut Grove Baptist Church, 1000 "I" Street, North Little Rock, AR 72114.[3]

---

[1] Mr. Higgins is identified by name in the funeral program, Exhibit A at p. 3, and the obituary, Exhibit B.

[2] Birthday balloons released for Little Rock child drowning victim FOX16.com, https://www.fox16.com/news/local-news/birthday-balloon-released-for-little-rock-child-drowning-victim/ (last visited Jun 15, 2022) (archived at https://perma.cc/RAS6-F25T).

[3] *See* Exhibits A-D.

8.      According to Google Maps estimation, the one-way travel time from Phillips County Jail to North Little Rock where services are being held is approximately two hours.[4]

9.      Mr. Higgins asks this Court to permit his temporary release so that he can attend family visitation on Friday evening and the funeral service on Saturday.  The family proposes picking Mr. Higgins up from Phillips County Jail at 3:30 PM on Friday, June 17, and transporting him to the aforementioned locations before returning him to the Phillips County Jail by 8:00 PM on June 18.

10.     Alternatively, if the Court would deny his request for temporary release overnight, Mr. Higgins respectfully requests that this Court permit his temporary release so that he can attend his grandson's funeral service on Saturday at 12:00 PM.  The family proposes picking Mr. Higgins up from the Phillips County Jail at 8:00 AM on Saturday, June 18, and transporting him to the aforementioned location before returning him to the Phillips County Jail by 8:00 PM.

11.     Mr. Higgins's temporary release for the purpose of attending funeral services poses no reasonable risk of flight or danger to the community. Mr. Higgins has been granted temporary release on multiple prior occasions to receive medical treatment, and he has always returned as and when ordered following his appointments.

12.     The Higgins family stands ready to comply with any additional conditions the Court feels are appropriate.

13.     AUSA Benecia Moore defers to the Court's judgment as to this request.

WHEREFORE, the Defendant, Christopher Higgins, asks the Court to grant his motion, and for any other relief the Court finds appropriate.

---

[4] *See* Exhibit E.

3

RESPECTFULLY SUBMITTED,

LASSITER & CASSINELLI
Attorneys for Defendant
300 S. Spring St., Ste 800
Little Rock, AR 72201
Phone: (501) 370-9300
Fax:    (501) 370-9306

By:    **/s/ Erin Cassinelli**
　　　　Erin Cassinelli        Ark Bar. No. 2005118