


## Order of Celebration

Processional

Prayer ................................................................. Pastor Lawrence Hobbs

Reading of Scripture................................................ Minister Greg Hobbs

Musical Selection.......................................................... Special Guest

Words of Encouragement........................................... Pastor Vernon Allen

Resolutions & Acknowledgements ..................................... Family Friend

Special Presentations........(for those who would like to present their gift _only_)

Obituary Reading................................................................ In Silence

Musical Selection.......................................................... Special Guest

Eulogy ..........................................................................Minister Carl Allen

Recessional

(Designed, with love, by Auntie Christy and Stephanie.)

# This Little Life of Mine...

Zaylon Deshawn Matthews was born on June 13, 2016 in Little Rock, Arkansas to Ta'Shae Allen and Willie Matthews.

Zaylon was loved by everyone who knew him and oh how he could light up a room. He enjoyed reading, watching tv, and spending time with his cousins.

Zaylon is preceded in death by his uncle Genardo Grant, cousin Keshun Clemmons, and great grandmother Jesse Mae Johnson.

Zaylon leaves not only his parents to cherish his memory, but a GiGi (Latashia Grant); PawPaw (Christopher Higgins); Great Grandmothers (Arnita Newby, Annville Allen, Brenda Matthews, and Diane Grant); Great-Great grandmother (Juanita Newby); Grandpa (Brian Matthews); Great Grandpa (Willie Grant); sister (Za'lah Matthews); and a host of aunts, uncles, cousins, and friends.









## You Never Said Goodbye

Zaylon you never said I'm leaving,
You never said goodbye.
You were gone before we knew it,
And only God knows why.
A million times we've needed you,
A million times we've cried.
If love alone could have saved you,
Son you would have never died.

In life we loved you dearly son,
In death we love you still.
In our heart you hold a place,
That no one else could ever fill.

It broke our hearts to lose you Zaylon,
But you didn't leave alone.
For a part of us left earth with you,
The day God called you home.
Save a place for us in heaven
And remember that we love you,
And we will see you again.

Love,
Mommy & Pops







**We Never Got to Say Goodbye**

We never got a chance to say I love you,
We never got a chance to say I'll miss you,
Nobody told us that you were going to leave us so soon.
If we could fly up to heaven today, we would.
Just to give you a goodbye hug.
We will keep with us the memories.
Remember that we love you Zaylon and one day, we will all meet again.

-The Family







Zaylon, your GiGi misses you more than you could ever know. You were my first born grandchild that I love so much. The 5 short years that you were in my life, I found out what it was like to have unconditional love but also real heartbreak. I'll never forget you. People say don't question God, but Doddle-bug, GiGi has questions.
I have your cousins to remind me of you but know that you were my special baby. Through that little red bird sitting in the window, I know that's my own personal angel and I see you everyday. I now look for you everyday.

Love GiGi

Don't Cry for Me

I know you all miss me but don't cry for me.
Heaven is my home now, so please don't cry for me.
I want you all to be happy and try to stay strong.
It was just my time to go and only God knows why he called me home.
Don't worry, I am not alone.
For the angels are all around me.
So wipe your tears and try to smile as you remember me.
When you want to cry,
just close your eyes, look up, and know that I'm safe here in heaven and
protected by God's love.
So until we meet again,
remember that I love you all
and I'll be waiting here in heaven until you come.

~Zaylon Deshawn Matthews

## Pallbearers

| | | |
|---|---|---|
| Antoine Jones | Charles Newson | Anthony Johnson |
| Reco Reed | Charles Benson | Kalop Glason |

## Honorary Pallbearers

| | | |
|---|---|---|
| Corey Thomas | Quinton Taylor | Cortez Chatman |
| Greg Hobbs | | |

## Family Acknowledgement

The family of Zaylon Matthews would like to express our sincere appreciation for all of your love and support during this difficult time. It is such a blessing to know he was loved and cherished by many. Please continue to lift us up in prayer as we continue life's journey without our beloved Zaylon.

Service Entrusted to:
Superior Funeral Services
5017 East Broadway
North Little Rock, AR 72117