*Provided by Superior Funeral Services*

# Zaylon Deshawn Matthews

*June 13, 2016 ~ June 5, 2022 (age 5)*



Zaylon Deshawn Matthews, 5 of Little Rock passed June 5, 2022. Loving memories left to parents: Willie Matthews and Tashae Allen, sister: Zalah Matthews, grandparents: Latoshia Grant and Christopher Higgins, great grandparents: Arnita Newby, Annville Allen, Willie (Diane) Grant and Brenda Matthews. Visitation June 17, 2022 6-7 pm at Superior. Homegoing celebration June 18, 2022 12:00 pm at Walnut Grove Baptist Church 1000 "I" Street North Little Rock. Superior Funeral Services 5017 E. Broadway North Little Rock (501) 945-9922.  Trudean Long Brown "Providing Services Your Family Deserves."

## Services

A service summary is not available



EXHIBIT

B