# Celebration of Life
# for
# Zaylon Deshawn Matthews





The balloon release to celebrate his birthday will be Monday, June 13, 2022 @ 5pm in front of the <u>Village at the Gateway</u>
10 Gateway Village Blvd, Alexander, AR 72002

The viewing will be Friday, June 17, 2022 from 6:00pm – 7:00pm
@ <u>Superior Funeral Home</u>
5017 E. Broadway
North Little Rock, Arkansas 72117

The funeral will be Saturday, June 18, 2022 @ 12:00pm
<u>Walnut Grove Baptist Church</u>
1000 I Street
North Little Rock, Arkansas 72114

*The repass will be held at the church

EXHIBIT C

