Superior Funeral

5017 East Broadway

North Little Rock, AR 72117

501-945-9922 Fax 501-945-9933

superiorfuneralser@sbcglobal.net

To whom it may concern,

This letter is to confirm the services of Zaylon Deshawn Matthews the grandson of Christopher Higgins. Zaylon's family hour will be held on Friday June 17, 2022 from 6:00pm-7:00pm at Superior Funeral Services in North Little Rock Arkansas. Zaylon's funeral will be held Saturday June 18, 2022 at 12 noon at Walnut Grove Baptist Church in North Little Rock Arkansas. If there are any further questions or concerns feel free to contact us at Superior Funeral Services.

Licensed Funeral Director,

*Maurice L. Williams*

Maurice L. Williams



EXHIBIT D