Google Maps   Phillips County Jail, 110 Ohio, Helena, AR 72342 to 5017 E Broadway St, North Little Rock, AR 72117   Drive 112 miles, 1 hr 59 min



Map data ©2022 Google   5 mi

**Phillips County Jail**
110 Ohio, Helena, AR 72342

**Take Perry St, Oakland Ave and Plaza Ave to US 49 N/Martin Luther King Jr Dr W/Panama Rd W**

9 min (4.2 mi)

↑ 1.  Head north on Ohio toward Perry St

233 ft

← 2.  Turn left at the 1st cross street onto Perry St

0.9 mi

→ 3.  Turn right onto Oakland Ave

2.0 mi

↑ 4.  Continue onto Richmond Dr

0.4 mi

↑ 5.  Continue onto Plaza Ave

0.8 mi

→ 6.  Turn right onto US 49 N/Martin Luther King Jr Dr W/Panama Rd W
ⓘ Continue to follow US 49 N

41 min (38.1 mi)

**Follow State Hwy 241 and AR-17 N to US-70 W**

11 min (10.0 mi)

EXHIBIT E

| | | | |
|---|---|---|---|
| ↰ | 7. | Turn left onto State Hwy 241 | |
| | | | 4.9 mi |
| → | 8. | Turn right onto AR-17 N | |
| | | | 5.1 mi |
| ↖ | 9. | Slight left to stay on AR-17 N | |
| | | | 246 ft |

**Follow US-70 W and I-40 W to E Broadway St in North Little Rock**

58 min (59.4 mi)

| | | | |
|---|---|---|---|
| ↰ | 10. | Turn left onto US-70 W | |
| | | | 9.9 mi |
| → | 11. | Turn right onto AR-33 N | |
| | | | 2.3 mi |
| ⋏ | 12. | Turn left to merge onto I-40 W toward Little Rock | |
| | | | 45.4 mi |
| ↱ | 13. | Take exit 157 for AR-161 toward Prothro Jct | |
| | | | 0.4 mi |
| ↲ | 14. | Sharp left onto AR-161 S | |
| | | | 1.0 mi |
| → | 15. | Turn right onto E Broadway St  ⓘ Destination will be on the right | |
| | | | 0.4 mi |

5017 E Broadway St

North Little Rock, AR 72117

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.