UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NOS.: 4:19-CR-00219-3-BRW |
| | ) | 4:21-CR-00215-1-BRW |
| CHRISTOPHER DAVID HIGGINS | ) | |

### THIRD MOTION TO MODIFY ORDER GRANTING TEMPORARY RELEASE

The Defendant, Christopher David Higgins, by and through his counsel, Erin Cassinelli, states in support of his Second Motion to Modify Order Granting Temporary Release:

1. On August 16, 2022, the Court issued Orders authorizing Defendant's temporary release from custody on October 12, 2022, for the purpose of undergoing surgery and inpatient post-operative care at UAMS in Little Rock, Arkansas. *See* Case No. 4:19-cr-00219-3-BRW at Doc. # 129, Case No. 4:21-cr-00215-1-BRW at Doc. # 50.

2. Defendant was ordered to return to Phillips County Jail by 7:00 pm on October 24, 2022 in response to defendant's Second Motion to Modify Temporary release.

3. UAMS Surgeon Dr. Joseph F. Margolick contacted Defense Counsel's office on October 24, 2022 at 5:15 pm, the same evening defendant was due to return to Phillips County Jail. Dr. Margolick informed Defense Counsel that defendant would need an additional five days of recovery time due to his surgical drains not healing as quickly as anticipated. Defense counsel has contact information for Dr. Margolick, at the request of the court or the government. UAMS may also be contacted to confirm defendant's inpatient status.

4. Defendant respectfully requests that the Court modify paragraph 4 of its prior orders to read as follows: "Defendant is to return to his current place of custody no later than 9:00 pm sharp on Monday, October 31, 2022."

WHEREFORE, the Defendant, Christopher Higgins, asks the Court to grant his motion, and for any other relief the Court finds appropriate.

Respectfully Submitted,

**Erin Cassinelli**
ABN 2005118
erin@lcarklaw.com
**LASSITER & CASSINELLI**
300 S. Spring St., Ste. 800
Little Rock, AR 72201
(501) 370-9300
**Attorney for Defendant**