**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**VS.**        **Case Nos. 4:19-cr-00219-3-BRW and 4:21-CR-00215-01-BRW**

**CHRISTOPHER DAVID HIGGINS**                                 **DEFENDANT**

## ORDER

Defendant seeks temporary release from custody for the purpose of attending a medical appointment. (Case No. 4:19-cr-00219-3-BRW, Doc. No. 138; Case No. 4:21-cr-00215-1-BRW, Doc. No. 59.)  Pursuant to 18 U.S.C. § 3142(i), I find the appointment qualifies as a compelling reason for temporary release.  Accordingly, Defendant's Motion is GRANTED.

IT IS, THEREFORE, ORDERED that:

1. Defendant be temporarily released from custody on Thursday, November 17, 2022, no earlier than 5:30 a.m., for the sole purpose of attending a 9:00 a.m. appointment at the UAMS Outpatient Surgical Clinic in Little Rock, Arkansas.

2. Defendant's family is to provide Defendant with transportation to and from the appointment.

3. Defendant is to return to his current place of custody no later than 3:30 p.m. sharp on Thursday, November 17, 2022.

IT IS SO ORDERED this 16th day of November, 2022.

                                                   BILLY ROY WILSON
                                                   UNITED STATES DISTRICT JUDGE